IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

"IN ADMIRALTY"

IN THE MATTER OF THE COMPLAINT
OF SEABOUND TOURS, LLC, as Owner, and
RIVER SAFARIS & GULF CHARTERS, INC.,
as Owner *pro hac vice,* of a 2015 20' Florida
Homemade Boat, Florida Registration Number
FL7528PX, its engines, tackle, apparel,
appurtenances, etc. for Exoneration from or
Limitation of Liability,

CASE No.:

Petitioner.
_____/

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

SEABOUND TOURS, LLC, as Owner, and RIVER SAFARIS & GULF CHARTERS, INC., as Owner *pro hac vice,* of a 2015 20' Florida Homemade Boat, Florida Registration Number FL7528PX, its engines, tackle, apparel, appurtenances, etc. (the "Vessel"), under Rule F, Supplemental Rules for Certain Admiralty and Maritime Claims, Middle District Local Rule 7.06, and 46 U.S.C.A. § 30501, et seq. files their Complaint for Exoneration from or Limitation of Liability, alleging as follows:

1.   This is an admiralty and maritime action within the meaning of Rule 9(h), Federal Rules of Civil Procedure, the Supplemental Rules for Certain Admiralty and Maritime Claims, and the Local Admiralty Rules of the United States District Court for the Middle District of Florida.

2. Jurisdiction is proper pursuant to 28 U.S.C.A. § 1333 and 46 U.S.C.A. §§ 30501 *et seq.*

3. Venue is proper in this district under Rule F(9) Supplemental Rules for Certain Admiralty and Maritime Claims, in that the 20' Florida Homemade Vessel has not been attached or arrested and suit has not been commenced against Petitioners, as owner and owner *pro hac vice* of the 20' Florida Homemade Vessel with respect to the incident described below, and the 20' Florida Homemade Vessel and the Petitioners are located in/reside in Citrus County, Florida.

4. Upon information and belief, the Claimants are Karen Sofolo, Keith Sofolo, individually and as natural parents and guardians of their minor children, Lexi Sofolo and Levi Sofolo, reside in Roscoe, Illinois.

5. The subject vessel is a 2015 20' Florida Homemade Boat, Florida Registration Number FL7528PX.

6. At all times material to this Complaint, the 20' Florida Homemade Vessel was owned by Seabound Tours, LLC and River Safaris & Gulf Charters, Inc., was its owner *pro hac vice.*

7. At all times material to this action, the 20' Florida Homemade Vessel was seaworthy, properly and efficiently manned, equipped and furnished, and well and sufficiently fitted and supplied with suitable machinery, tackle, apparel, etc., all in good order and condition and suitable for their intended use.

8. On or about March 14, 2020, a 1993 18' Tilton Vessel, Hull Identification No. BIBXXX63B993, owned and operated by William Farrar and Kim Farrar as owners, and

Captain Billy Farrar Fishing, LLC, as owner *pro hac* vice, collided with the 20' Florida Homemade Boat, Florida Registration Number FL7528PX, owned by Seabound Tours, LLC and River Safaris & Gulf Charters, Inc., as owner *pro hac vice* in the navigable waters of the Little Homosassa River in Citrus County, Florida, and as a result of that collision, Kim Sofolo and Keith Sofolo, individually, and as parents and natural guardians of Lexi Sofolo and Levi Sofolo, minor children allegedly sustained injuries requiring medical care and attention, and both the 20' Florida Homemade Vessel and the 18' Tilton Vessel sustained damage to their hulls and machinery, which will require repairs.

9. The incident at issue and any ensuing damages, personal injury and property loss, were not caused by any fault of the 20' Florida Homemade Vessel, its owner, owner *pro hac* vice, or any person or entity for whose actions the owner is responsible. Neither the 20' Florida Homemade Vessel, nor its owner and/or owner *pro hac vice*, Petitioners, are liable to any extent, and they are entitled to exoneration from liability for all losses, injury, and damages occasioned and incurred by, or as a result of the incident.

10. Petitioners further allege all losses, injury, and damages resulting from the incident occurred as a result of actions, omissions, or conditions which Petitioners did not participate in, had no knowledge of, and had no reason to know about.

11. Petitioners, as owner and owner *pro hac vice* of the 20' Florida Homemade Vessel, should be exonerated of and from any liability for any losses, injury, or damage arising out of the incident described above, as it was not caused by any neglect of Petitioners or the 20' Florida Homemade Vessel.

12. Petitioners lacked privity or knowledge of the circumstances, actions, or omissions giving rise to the incident at issue.

13. Thus, and without admitting liability, in the event the 20' Florida Homemade Vessel is held responsible to anyone by reason of the matters set forth above, Petitioners claim the benefit of the limitation of liability provided in 46 U.S.C.A. §§ 30501 *et seq*.

14. The 20' Florida Homemade Vessel sustained damage to its hull and machinery in the incident described herein, and has a post-casualty value of approximately $25,000.00 (see Ad Interim Stipulation for Value to be filed herein).

15. Petitioners know of potential claims by Karen Sofolo and Keith Sofolo, individually and as parents and natural guardians for Lexi Sofolo and Levi Sofolo, minor children, of Roscoe, Illinois, by William Farrar and Kim Farrar as owners and Captain Billy Farrar Fishing, LLC, as owner *pro hac* vice of the 18' Tilton Vessel, and by healthcare providers in Citrus County, Florida and Roscoe, Illinois, who provided medical care and attention to Karen Sofolo and Keith Sofolo, individually and as parents and natural guardians for Lexi Sofolo and Levi Sofolo, minor children, for injuries allegedly sustained in the incident.

16. Petitioners allege the amount of damages associated with the potential claims may exceed the amount of their interest in the 20' Florida Homemade Vessel.

17. The first written notice of a claim arising from the incident subject to limitation was a letter from counsel for Karen Sofolo and Keith Sofolo, individually and as parents and natural guardians for Lexi Sofolo and Levi Sofolo, minor children, dated March 16, 2020, not addressed to Petitioner, River Safaris & Gulf Charters, Inc., and therefore this action is timely filed under the provisions of the Limitation Act, 46 U.S.C.A. §§ 30501 et seq.

18. Petitioners will file herein a Stipulation for Costs and an Ad Interim Stipulation for Value, in the appropriate form for the payment into Court of the amount of Petitioners' interest in the 20' Florida Homemade Vessel, together with interest at the rate of 6% per annum from the date of said Stipulation, and for costs; and, in addition thereto, Petitioners are prepared to give bond or stipulation for any amount in excess of the Ad Interim Stipulation for Value as may be ascertained and determined to be necessary under the orders of this Court, and as provided by the laws of the United States and the Federal Rules of Civil Procedure.

WHEREFORE, Petitioners, as owner and owner *pro hac vice* of the 20' Florida Homemade Vessel, respectfully request:

A. Upon the filing of the Stipulation for Costs and the Ad Interim Stipulation for Value herein described, this Honorable Court direct the Clerk of Court to issue the proposed notice filed by Petitioners herein, which admonishes all persons, firms, or corporations asserting claims for any and all losses, damages, injuries, or destruction, with respect to which Petitioners seek exoneration from or limitation of liability, to file their respective claims with the Clerk of this Court and to serve on Petitioners' attorney a copy thereof, on or before the date specified in the notice;

B. Upon the filing of the Stipulation for Costs and the Ad Interim Stipulation for Value, that the Court issue the proposed Injunction to be filed by Petitioners herein, which restrains the commencement or prosecution of any action or proceeding of any kind against Petitioners, the 20' Florida Homemade Vessel, and/or any of Petitioners' property, with respect to any claim for which Petitioners seek limitation, including any claim arising out of

or connected with any loss, injuries, damage, or destruction resulting from the incident described in the Complaint;

  C. If any claimant who shall have filed a claim shall also file an exception contesting the value of the 20' Florida Homemade Vessel or its pending freight, if any, as alleged herein, and the amount of the Ad Interim Stipulation for Value as aforesaid, this Court shall cause due appraisement to be had of the value of the 20' Florida Homemade Vessel following the casualty and of the value of Petitioners' interest therein, and pending freight, if any, and in which event this Court shall enter an order for the filing of an amended stipulation for the aggregate value, as so determined, of Petitioners' interest in the 20' Florida Homemade Vessel and its pending freight, if any;

  D. This Court adjudge Petitioners, and the 20' Florida Homemade Vessel, not liable to any extent whatsoever for any losses, injuries, damages or destruction, or for any claim whatsoever done, occasioned or incurred as a result of the matters and happenings referred to in this Complaint; or, in the alternative, if the Court should adjudge that Petitioners are liable in any amount whatsoever, that said liability may be limited to the value of Petitioners' interest in the 20' Florida Homemade Vessel, and may be divided pro rata among such claimants, and that a judgment be entered discharging Petitioners and the 20' Florida Homemade Vessel of and from any and all further liability and forever enjoining and prohibiting the filing or prosecution of any claims against Petitioners and the 20' Florida Homemade Vessel, or their property, in consequence of, or connected with, the matters and happenings referred to in this Complaint; and

E.   This Court grant Petitioners such other and further relief that justice may require.

Dated: September 15, 2020.

> Respectfully submitted.
>
> /s/ David F. Pope
> David F. Pope – FBN 164452
> Service-dpope@bankerlopez.com
> Eric C. Thiel – FBN 016267
> Service-ethiel@bankerlopez.com
> BANKER LOPEZ GASSLER P.A.
> 501 E. Kennedy Blvd., Suite 1700
> Tampa, FL 33602
> Telephone: (813) 221-1500
> Facsimile: (813) 222-3066
>
> and
>
> C. Philip Campbell, Jr. – FBN 160973
> Pcampbell@shumaker.com
> Shumaker Loop & Kendrick, LLP
> 101 E. Kennedy Blvd., Suite 2800
> Tampa, FL 33602
> Telephone: (813) 227-2228
> Facsimile: (813) 229-1660
>
> Attorneys for Petitioners